IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HORIZON THERAPEUTICS, LLC,<br><br>                  *Plaintiff,*<br>v.<br><br>PAR PHARMACEUTICAL, INC.,<br><br>                  *Defendant.* | Civil Action No. 1:16-cv-03910-RBK-JS<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a) |

      Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Horizon Therapeutics, LLC, and Defendant Par Pharmaceutical, Inc., hereby stipulate that the above-captioned action, including all claims, counterclaims and defenses, are hereby dismissed in their entirety without prejudice.

Date: September 27, 2018

s/John E. Flaherty
John E. Flaherty
Ravin R. Patel
McCARTER & ENGLISH LLP
Four Gateway Center
100 Mulberry St.
Newark, NJ 07102
(973) 622-4444

*Attorneys for Plaintiff Horizon Therapeutics, Inc.*

Robert F. Green
Caryn C. Borg-Breen
Emer L. Simic
Ann K. Kotze
GREEN GRIFFITH & BORG-BREEN LLP
NBC Tower, Suite 3100
455 North Cityfront Plaza Drive
Chicago, Illinois 60611
(312) 883-8000

*Of Counsel for Plaintiff Horizon Therapeutics, Inc.*

| | |
|---|---|
| s/Jason B. Lattimore<br>Jason B. Lattimore<br>The Law Office Of<br>JASON B. LATTIMORE, ESQ. LLC<br>55 Madison Avenue, Suite 400<br>Morristown, NJ 07960<br>Telephone: (973) 998-7477<br>Facsimile: (973) 264-1159<br><br>*Counsel for Defendant Par Pharmaceutical, Inc.* | David Silverstein<br>AXINN, VELTROP & HARKRIDER LLP<br>114 West 47th Street<br>22nd Floor<br>New York, NY 10036<br>dsilverstein@axinn.com<br><br>Aziz Burgy<br>AXINN, VELTROP & HARKRIDER LLP<br>950 F Street, NW<br>7th Floor<br>Washington, DC 20004<br>(202) 912 4700<br>aburgy@axinn.com<br><br>*Of Counsel for Defendant Par Pharmaceutical, Inc.* |

**SO ORDERED** this 3rd day of October, 2018.

_____
THE HONORABLE **ROBERT B. KUGLER**
**UNITED STATES DISTRICT JUDGE**

2